

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2020

No. 04-20-00315-CV

Diamandina **GUERRA**,
Appellant

v.

Monica **GARZA**, Individually and El Tigre Food Stores,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-17-35
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

On June 15, 2020, appellant filed a notice of appeal, stating her intent to appeal the trial court's "Order Denying Plaintiff's Motion to Reconsider Setting Aside Arbitration Award," which was signed on June 2, 2020. The trial court clerk's record does not include an order confirming an arbitration award. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 171.098 (providing a party may appeal from an order confirming or denying the confirmation of an arbitration award); *cf. Branch Law Firm L.L.P. v. Osborn*, 532 S.W.3d 1, 11 (Tex. App.—Houston [14th Dist.] 2016, pet. denied) ("Texas courts hold that a motion to reconsider the denial of a motion to compel arbitration does not extend the 20–day deadline for perfecting an appeal."). Because it appears the trial court may not have rendered a final judgment or an appealable interlocutory order that was timely appealed, appellants are ORDERED to show cause in writing **within fifteen days** from the date of this order why this appeal should not be dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f), 44.3. All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court